```
                                        FILED
                                        APR 1 3 2013
                                        CLERK
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 12CR1278-BTM |
| ) | |
| Plaintiff, ) | S U P E R S E D I N G |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1349 - |
| DANA HAYDEN, a.k.a. ) | Conspiracy to Commit Wire |
| DANA MERRITT, ) | Fraud; Title 26, U.S.C., |
| ) | Sec. 7206(1)- FILING A FALSE |
| Defendant. ) | TAX RETURN |
| ) | |

The United States Attorney charges:

### COUNT ONE

Beginning on or about a date unknown to the grand jury but no later than May 2006, and continuing thereafter through at least November 2007, within the Southern District of California and elsewhere, defendants STACEY JONES, DANA HAYDEN, a.k.a. DANA MERRITT, ABIGAIL GONZALEZ, LETICIA MIFFLETON, SHARLO BURRIS, KENDRICK GREEN, ANDRE SIMON, GORDON SIMON, JOHNESE ZEIGLER, and CATHERINE WHEELER, did knowingly and intentionally combine, conspire and agree with each other and with others known and unknown to the grand jury to commit offenses against the United States, that is:

1      (a)  To knowingly devise and intend to devise a material
2      scheme and artifice to defraud, and to obtain money and
3      property by means of materially false and fraudulent
4      pretenses, representations, promises, and by concealment
5      of material facts, and for the purpose of executing such
6      scheme and artifice to defraud, to knowingly place and
7      cause to be placed in a United States post office and
8      other authorized depository for mail matter, items to be
9      sent and delivered by the United States Postal Service,
10     in violation of Title 18, United States Code,
11     Section 1341; and
12     (b)  To knowingly devise and intend to devise a material
13     scheme and artifice to defraud, and to obtain money and
14     property by means of materially false and fraudulent
15     pretenses, representations, promises, and by concealment
16     of material facts, and for the purpose of executing such
17     scheme and artifice to defraud, to knowingly transmit and
18     cause to be transmitted by means of wire communications
19     in interstate commerce, certain writings, signs, signals
20     and sounds, in violation of Title 18, United States Code,
21     Section 1343.
22 All in violation of Title 18, United States Code, Section 1349.
23                                   COUNT TWO
24 On or about, April 15, 2008, in the Southern District of
25 California, defendant DANA HAYDEN, a.k.a. DANA MERRITT, did
26 willfully make and subscribe to a false and fraudulent U.S.
27 Individual Income Tax Return, Form 1040, for the year 2007, which
28 contained and was verified by a written declaration that it was

1  made under penalty of perjury and was filed with the Internal
2  Revenue Service, which return defendant did not believe to be true
3  and correct as to every material matter in that said income tax
4  return failed to report at least $463,544 in income in the year
5  2007, whereas, defendant then well knew and believed that defendant
6  did make at least $463,544 in unreported income in the year 2007,
7  all in violation of Title 26, United States Code, Section 7206(1).

DATED:  4/18/13   .

LAURA E. DUFFY
United States Attorney

*Christopher Alexander*
CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney